# Merson Law, PLLC

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



# Merson Law, PLLC

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

October 14, 2021

VIA E-FILING
DISTRICT OF NEW JERSEY
ecf.njd.uscourts.gov

RE: APPLICATION FOR REFUND OF FEES
CASE NUMBER: 21-18563

Dear Sir/Madam,

We are requesting a refund for a fee paid electronically. The docket was created but we did not proceed with the filing as the caption was incorrect, but the fees were charged anyway. The initial docket and one that we are requesting to be closed and refunded is Case Number 21-185663. Information required for application is provided below and copies of the receipt and transaction log are also attached herewith as supporting documents.

Date of Request: October 14, 2021

Full and Correct Name: JORDAN MERSON

Current and complete address: MERSON LAW PLLC, 950 THIRD AVENUE, 18TH FLOOR, NEW YORK, NY 10022

Reason for refund: Duplicate filing

Case Number: 21-185663

Date of transaction: October 14, 2021

Receipt Number and or ID number: 12892481

Very truly yours,

*Jordan Merson*

Jordan Merson

**Transaction Log**

**Report Period: 10/14/2021 - 10/14/2021**

| Id | Date | Case Number | Text |
|---|---|---|---|
| 12892481 | 10/14/2021 10:11:59 | 1:21-cv-18563 | Opened New CV Case 1:21-cv-18563 |



| | ACCOUNT ENDING - 62004 | | CARD MEMBER |
|---|---|---|---|
| AMERICAN EXPRESS | Business Gold Rewards Card | | JORDAN MERSON |

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| Oct 14 Pending | **COURT/USDC-NJ-PG** 402 E STATE ST STE 2020 TRENTON NJ 08608-1500 (609) 989-2065 | **COURT/USDC-NJ-PG** Will appear on your Oct 14, 2021 statement as COURT/USDC-NJ-PG | | $402.00 |
| | | METHOD Card entered manually | CARD JORDAN MERSON | |
| | | REWARDS You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | | |